UNITED STATES COURTS
MIDDLE DISTRICT OF FLORIDA   2008 NOV 21  AM 11:48

KIROS NEW HORIZONS, CORPORATION )
And
CYCLYN R. SMITH. MOBLEY, Owner et al
ROBERT LYNCH, SEABRIN COHEN )

               Plaintiffs )    COMPLAINT  3:08-CV-1116-J-32HTS

STATE OF FLORIDA AGENCY )
FOR PERSONS WITH DIABILITY, )
DISTRICT FOUR, JERRY A. MARTIN, )
GAYLE GRANGER, DENISE MILLER, )
ANGELA WILLIAMS, and STONE SUPPORT
COORDINATOR GROUP )

               Defendants )
_____/

## JURISDICTION

At all times herein after mentioned, plaintiff Kiros New Horizons, a corporation under the laws of Florida and having an office at 11703 Starfish Avenue, Jacksonville, Florida 32246 and is license to do business in the State of Florida.

At all times hereinafter mentioned, plaintiff Cyclyn R. Smith- Mobley, J.D. LLM, owner, is a resident of Jacksonville, Florida whose address is 11703 Starfish Avenue Jacksonville, Florida 32246.

Jurisdiction of this courts is invoked pursuant to 28 U.S.C. § 1331; 42 U.S.C. § 1983; Title VII of the Civil Rights Act of 1964.

## SUMMARY OF FACTS

On or about November 10, 2008, I, Cyclyn Smith-Mobley, Owner/CEO of Kiros New Horizons, a group home for persons with disabilities, received a called from Vincent Scott, Support Coordinator for Seabrin K. Cohen and Robert Lynch informing me that he has orders to move them from my home immediately. I asked him what was the problem and what has my agency done? He said "Nothing, you will have to talk to Gayle Grainger at Agency for persons with disabilities (APD) at the Hodges Blvd. office" (Jacksonville. Florida)

After I ended my conversation with Mr. Scott, I called Gayle Granger and asked her what was the problem and if there is a problem what corrective measures I need to take to resolve it. Ms Granger got hostile with me and kept repeating "You did not do any thing I took your Waiver without cause, now do you have a problem with that?". I reply to Ms. Granger, "Yes I do because this population has a hard enough time coping with their conditions. The clients have a hard time with placement, where most support coordinators keep moving them and placing the clients for a few weeks or months with one provider and remove and placed them with another provider, then another provider-a vicious cycle-putting the clients in a continuous state of moving from group home to group home."

Ms. Granger, in reply stated, " The problem that I encounter in my position is really with black providers. They for the most part have proven that they cannot keep up with the demands of the consumers (disable clients) and Dr. Mobley, I always doubted your ability as a younger woman, to care for these male clients in your home. I am pulling your waiver contract numbers. I pulled others and will be pulling more - without cause. I have asked Jerry Martin, Program Administrator to sign your letter and you would get it in the mail".
I said to her "I would like to schedule a hearing, why are you doing this to us and to the clients? Do you not realized you just disrespected me? If you feel like you are in a position to play God with me because power is placed into the wrong hands then Ms. Granger, what's about the disable persons? They still have their rights and one of their rights is to choose to live where they are comfortable and happy."

She said "This is my program, I am over it and I have the power to write to Tallahassee and pull any Waiver that I want to pull because there is a clause in the contract that gives me authority to do so, Tallassee will always back me, they will back whatever decisions I make here at this district office. I don't owe you or anyone else any explanation or a hearing for that matter, it's done and on November 24, 2008 I will have your waiver contract stopped and you will not receive any funding even if you keep the clients as residents at your facility. I tell the employees what to do and they have to follow what I say, I'm over this program."

Ms Gayle Granger action towards me is in retaliation because I questioned the constitutionality of the tier group classification of the consumers (clients). These consumers are classified into tier groups where they are placed into different mental classification without proper documentations from any of physicians having jurisdiction over them. They failed to consult with the clients and their families before placing them into these classifications. When examining these tier categories, most of the consumers (clients) have not been diagnose by a board certified physician with the disabilities that they now categorized with-another level of further labeling this population.

I am highly offended by Ms Granger's remarks to me and actions towards my agency, Kiros New Horizons. She is discriminating against me and my agency because I am a younger black female provider and retaliating against me because I question her handling of clients funding. In this business we should not allow our personal feelings to interfere with personal rights-which include the rights and best interest of the clients.

Ms. Granger is using her prejudice and hostility towards me to interrupt the clients (that are in my home) placement, by threatened to take my group home license, my contract waiver (funding that pays for clients in my home), and stop funding and services to these clients if they refuse to leave my group home. This is wrong it is a direct abuse of power. Regardless of how Ms Granger sees me or her opinion of me as a person, I am providing excellent services to my clients. The clients, their families and their support coordinator, Mr. Vincent Scott are well pleased with the services I am providing to Mr. Cohen and Mr. Lynch.

Mr Earl Cohen, Seabrin Cohen's father and family are prepared to testify to the care that my agency is providing to him. Robert Lynch's sister has attached a letter in support of this complaint and is prepared to testify to the excellent care he is receiving from my agency. See attaché letter.

These clients have rights, because they rely on the state and federal government for assistance this does not mean that their constitutional and civil rights have to be taken away from them. The persons who have jurisdiction over the disbursement of funds or waiver contractual agreements should not abuse their powers and violate these rights.

WHEREFORE, I am requesting this Court to conduct a full investigation into the mismanagement and mishandling of federal funding that is allocated for the consumers (clients)at Agency for Persons with Disabilities, 3631 Hodgers Boulevard office in Jacksonville. Further, I am requesting this Court to conduct at said office, an inquiry into the maltreatment of minority providers with respect to the licensing process providers are being subjected to intimidation, hostility, discrimination, and humiliation from licensing personnel; placement process(withholding placement of clients with blacks and minority providers);

waiver contract (prohibiting minority providers from continuing services to clients or refusal to grant minority providers waivers to provide services to consumers)

WHEREFORE, I further request this Court to grant (reinstate) Kiros New Horizons its Waivers contract and license back, and to have Mr. Seabrin Cohen and Mr. Robert Lynch to continue to remain at the facility until they choose to leave. Next, I am requesting this court for monetary damages in the amount of $1,000,000.00 for discrimination, harassment, retaliation and animosity against me and my agency because I voiced my concern about the constitutionality of the tier system of the consumers in my group home.

I am asking for permanent injunction against APD personal from further discrimination, and other maltreatments against myself, my agency and disable persons under their jurisdictions.

Cyclyn R. Smith-Mobley
11703 Starfish Avenue
Jacksonville, Fl 32246
(904) 327-5559

DATE: 11/18/2008

November 21, 2008

To Whom It May Concern:

My brother Robert Lynch was placed in residential care due to my inability to adequately care for him because of my health and the level of care he needed. He was placed in several group homes and got in fights with the caregivers and members of the community. He used to walk around naked in the streets and when he got sick which he did often, and was taken to the hospital he would refused to leave. He loves to be in the hospital and many times our brother, Jonny (died a few days ago) had to talk with him to leave the hospital when he was discharged.

The Personnel at Agency for Persons with Disabilities and the Director of Stone Support Coordinator Group has been so rude and inconsiderate to Robert and the family in our hour of bereavement, the passing of our brother. They have been calling me and harassing me and threatening me about cutting services to my brother. They don't have any reasons to be treating people like this. I cannot rest or sleep at nights thinking on my brother. I have health issues and they are making my condition worse. I was so at peace with my brother care. I visit him every week or more if possible. I have no complaint with my brother level of care. I don't know what is going on, but my brother wants to continue living at Kiros New Horizons group home and I want him to continue living there.

In April 2008 Robert was placed at Kiros New Horizons group home and then I have seen a lot of changes in my brother. He has never had a fight with anyone and is behaving like a gentleman. He went to the hospital several times and got out when he was dismissed without any problem.

I am writing this letter because I have some concerns about the decision that Gayle Granger made to cut his services if he does not move from this group home. Robert told me on several occasions that he really likes where he is living and does not want to move. Robert is competent to make his own decisions but he appointed me his power of attorney and that is why I am soliciting your help. I am very pleased with Robert's turn around for the positive and I am happy with the services the caretakers at Kiros New Horizons give to him.

My brother is not been treated right by these individuals in charge at APD-Hodges office ans Stong Support Coordinator Director. They placed him in a tiered system classifying him with certain mental and physical issues for which they did not get proper authorization from his psychiatrist and medical doctor. The tiered system is more concern with monetary aspect of the service and not the quality of care for my brother is receiving.

I think threatening to remove my brother is a gross abuse of powers by the APD agency and that they have little or no concern for my brother's welfare. I would like my brother to remain where he is with the needed funds for him to get quality care.

Respectfully,

*[signature]*

FILED

UNITED STATES COURTS
MIDDLE DISTRICT OF FLORIDA

2008 NOV 21  PM 12: 13

JACKSONVILLE, FLORIDA

| | |
|---|---|
| KIROS NEW HORIZONS, CORPORATION )<br>And<br>CYCLYN R. SMITH. MOBLEY, Owner et al<br>ROBERT LYNCH, SEABRIN COHEN       ) | |
| Plaintiffs ) | COMPLAINT 3:08-CV-1116-J-32HTS |
| STATE OF FLORIDA AGENCY              )<br>FOR PERSONS WITH DIABILITY,        )<br>DISTRICT FOUR, JERRY A. MARTIN,   )<br>GAYLE GRANGER, DENISE MILLER,  )<br>ANGELA WILLIAMS, and STONE SUPPORT<br>COORDINATOR GROUP              ) | |
| Defendants ) | |

## CERTIFICATE DELIVERY

I, Cyclyn R. Smith-Mobley, certify that a certify copy of this Complaint will be hand delivered to named Defendants at 3631 Hodgers Boulevard Jacksonville, Florida 32224

On this 21st day of November, 2008, prior to the hour of 5:00 P.M.

*Cyclyn R. Smith-Mobley*
Cyclyn R. Smith- Mobley