**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KIROS NEW HORIZONS
CORPORATION, et al.,

        Plaintiffs,

vs.                                                  Case No. 3:08-cv-1116-J-32HTS

STATE OF FLORIDA AGENCY
FOR PERSONS WITH DISABILITY,
etc., et al.,

        Defendants.

**ORDER**

On January 27, 2009, upon review of the file, the Court issued an Order advising the plaintiffs that a corporation could not appear in federal court without counsel and further advising plaintiff Cyclyn R. Smith-Mobley that, although she was permitted to represent herself *pro se*, she was not permitted to represent other parties. See Order, Doc. 5. Plaintiffs were therefore directed to either secure counsel or file an amended complaint no later than February 27, 2009 (and to address the matter of allegedly improper service effected on some of the defendants). Unfortunately, it is not clear that the Order reached plaintiffs, as the copy mailed to Ms. Smith-Mobley was returned to sender by the U.S. Postal Service as "undeliverable." The Clerk resent the Order both to the attention of Ms. Smith-Mobley and to the corporate plaintiff but this time both were returned to sender as undeliverable. On this record, and plaintiffs having made no inquiry into the status of their case, and as they have failed to provide the Court with any alternate address by which to contact them, it is hereby

**ORDERED**:

This case is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10; the Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of March, 2009.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
pro se plaintiffs
counsel of record